IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00266-CV

 

Lassiter Industries, Inc.,

                                                                      Appellant

 v.

 

416 Woodline, Inc.,

                                                                      Appellee

 

 

 



From the County Court at Law No. 2

Montgomery County, Texas

Trial Court # 04-17773

 



MEMORANDUM 
Opinion



 

Appellant and Appellee filed a Joint
Motion for Dismissal.  The motion is
granted.

 

PER CURIAM

Before Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and filed January
 12, 2005

[CV06]